UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, | ) | |
| United States Department of Labor | ) | Civil Action No. 07-1777 |
| | ) | |
| v. | ) | Judge Richard T. Haik |
| | ) | |
| LOCAL 861, INTERNATIONAL | ) | Magistrate Judge Methvin |
| BROTHERHOOD OF | ) | |
| ELECTRICAL WORKERS | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

COMES NOW PLAINTIFF, Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Plaintiff" or "Secretary"), and pursuant to the Consent Decree and Order entered in this matter on September 16, 2009, hereby files her Motion for Entry of Judgment, and in support thereof, states as follows:

Plaintiff has attached a *Certification of Election* certifying that the candidates named therein have been duly elected to their respective offices. *See* Exhibit A, *Certification of Election*, attached hereto and incorporated by reference. The June 7, 2010 election in this matter was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (the "Act") and, in so far as is lawful and practicable, in accordance with the provisions of the National Constitution of the International Brotherhood of Electrical Workers, and with the Bylaws of the Defendant, Local 861, International Brotherhood of Electrical Workers. *See* Exhibit A.

WHEREFORE, PREMISES CONSIDERED, based on the foregoing, the Plaintiff respectfully moves the Court to enter a Judgment in this matter declaring that the persons certified by the Plaintiff as having been duly elected to their respective offices have been elected as such to serve until the next regularly scheduled election of officers of Defendant, Local 861, International Brotherhood of Electrical Workers, and further providing that each party shall bear its own costs, including attorney's fees.

Respectfully Submitted,

<u>U.S. DEPARTMENT OF LABOR</u>
<u>OF COUNSEL</u>:

M. PATRICIA SMITH
Solicitor of Labor
United States Department of Labor

KATHERINE E. BISSELL
Associate Solicitor for Civil Rights and
Labor-Management

JAMES E. CULP
Regional Solicitor

SHARON E. HANLEY
Counsel for Labor-Management Programs

SHIREEN M. McQUADE
Senior Attorney

LINDSAY A. WOFFORD
Trial Attorney

<u>ATTORNEYS FOR PLAINTIFF</u>:

PETER D. KEISLER
Assistant Attorney General

STEPHANIE A. FINLEY
United States Attorney

BY:

  s/ Jennifer B. Frederick
JENNIFER B. FREDERICK, #23633
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:  (337) 262-6618
Facsimile:  (337) 262-6693

RSOL Case No.  08-00011

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August, 2010, a true and correct copy of the foregoing Plaintiff's Motion For Entry of Judgment and proposed Judgment were filed electronically with the Clerk of Court using the CM/ECF system.  I also certify that according to the Court's Electronic Mail Notice List, there are no manual recipients.


  s/ Jennifer B. Frederick
JENNIFER B. FREDERICK