IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HILDA L. SOLIS, Secretary of Labor,    )
United States Department of Labor,    )
                                      )    Civil Action No. 07-1777
                    Plaintiff,        )
                                      )    Judge Richard T. Haik
          v.                          )
                                      )    Magistrate Judge Methvin
LOCAL 861, INTERNATIONAL              )
BROTHERHOOD OF ELECTRICAL             )
WORKERS,                              )
                                      )
                    Defendant.        )

CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of

the Secretary of Labor, United States Department of Labor, pursuant to a Consent

Decree and Order entered September 16, 2009, in the United States District Court for the

Western District of Louisiana, Lake Charles Division, in accordance with the provisions

of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (Act), 29

U.S.C. §§ 481-483, and in conformity with the constitution and bylaws of the defendant

labor organization, insofar as lawful and practicable, and no post-election complaints

having been received concerning the conduct thereof, therefore:

**Exhibit A**

Pursuant to Section 402(c) of the Act, 29 U.S.C. § 482(c), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Hubie Brown | President |
| Kenny McCain, III | Vice President |
| Carlos J. Perez | Recording Secretary |
| Jeff Sanders | Business Manager/Financial Secretary/ Delegate |
| Dwayne Reeves | Treasurer |
| Lance Corner | Executive Board Member (Construction) |
| Stanley Gims | Executive Board Member (Construction) |
| Russell Guillory | Executive Board Member (Construction) |
| Kris Hemker | Executive Board Member (Construction) |
| Greg Hulin | Executive Board Member (Construction) |
| Rod Warner | Executive Board Member (Construction) |
| Jude Fox | Executive Board Member (Maintenance) |
| Glenn Jones | Examining Board |
| Kurt Kleven | Examining Board |
| Charles Newman | Examining Board |
| Mike Seaux | Examining Board |

Hubie Brown                    Delegate

Carlos J. Perez                Delegate


Signed this ___30th___ day of July, 2010.


_Patricia Fox_
_____
Patricia Fox, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor